```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
_____
                            :
JOSE A. SANCHEZ, JR.,       :
                            :      No. 18-cv-15435 (NLH)(JS)
            Plaintiff,      :
                            :
        v.                  :      MEMORANDUM OPINION
                            :
NICHOLAS HEALY, et al.,     :
                            :
            Defendants.     :
_____:
```

IT APPEARING THAT:

1. Plaintiff Jose A. Sanchez, Jr., filed a Complaint raising claims pursuant to 42 U.S.C. § 1983. ECF No. 1. At the time he submitted his Complaint, Plaintiff was a pre-trial detainee at the Camden County Department of Corrections in Camden, New Jersey. See id.

2. The Court recently granted Plaintiff permission to proceed in forma pauperis. ECF No. 2.

3. Correspondence from the Court regarding Plaintiff's IFP status and sent to his address of record has been returned to sender because Plaintiff no longer resides at the Camden County Correctional Facility. See ECF No. 4. There appears to be no forwarding address provided.

4. Plaintiff has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. See L.

1

Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

5. Based on Plaintiff's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case, with the right to reopen this matter upon Plaintiff updating his contact information to satisfy the appropriate Rules.

6. An appropriate order follows.


Dated: November 21, 2018          s/ Noel L. Hillman
At Camden, New Jersey             NOEL L. HILLMAN, U.S.D.J.